

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

50 Main Street, Suite 1100
White Plains, New York 10606

December 21, 2023

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>United States v. Rabinowitz, et al.</u>, 23-CR-670

Dear Judge Reznik:

      Defendants Moses Rabinowitz and Menachim Samber hve been arrested and will be brought before the Court today for their initial appearances on the above-referenced Indictment. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment and arrest warrants.

      Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jeffrey C. Coffman
Assistant United States Attorney
(914) 993-1940

SO ORDERED:

_____
HON. VICTORIA REZNIK     Dated: 12/21/2023
United States Magistrate Judge
Southern District of New York