# YurowitzLaw PLLC

**STEVEN Y. YUROWITZ**
~
**WILLIAM J. DOBIE**
**NAFTALI T. RABINOVICH**

> The Court will enter an Amended Judgment specifying that the financial information condition lasts only until the fine is paid in full. With respect to the standard condition 3, the Court deems this letter a motion to modify the conditions of supervised release, and grants it. The Amended Judgment will strike standard condition 3 and replace it with a special condition providing for no travel restrictions except that Mr. Rabinowitz shall provide the particulars of any travel to his Probation Officer in advance. The simplest way to deal with standard condition 8 is for Mr. Rabinowitz and Mr. Samber to request permission from their respective Probation Officers to interact with one another, to which the Court has no objection. But modifying Mr. Rabinowitz's conditions would not allow the interaction he seeks without a corresponding modification of Mr. Samber's. Accordingly, the parties should request that permission and can always re-apply should it be denied.
>
> SO ORDERED.
> *Cathy Seibel*  9/8/25
> CATHY SEIBEL, U.S.D.J.

September 8, 2025

**By ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Moses Rabinowitz et. ano.*
      23 cr 670 (CS)

Dear Judge Seibel:

    I am writing to request a correction and two modifications to the terms of Mr. Rabinowitz's supervised release conditions. I have communicated with AUSA Coffman with respect to each of these request, and I can represent that the government has no objection to each request.

    The written judgment contains a special condition requiring Mr. Rabinowitz to "provide the Probation Officer with access to any requested financial information." In pronouncing sentence, Your Honor added the additional caveat "until the fine is paid off." We would request that the written judgment be modified to conform to Your Honor's oral pronouncement.

    In addition, Standard Condition No. 3 prohibits Mr. Rabinowitz "from leaving the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." Mr. Rabinowitz travels for business around the country. Indeed, even pre-trial, Mr. Rabinowitz was permitted unrestricted travel to New York, certain districts in Florida and Michigan. The government has no objection to permitting Mr. Rabinowitz to travel throughout the United States. Accordingly, we would request that Standard Condition No. 3 be removed.

    Finally, Standard Condition No. 8 prohibits Mr. Rabinowitz from communicating or interacting with a person previously convicted of a felony without first getting permission of the probation officer. As Your Honor is undoubtedly aware, Mr. Rabinowitz and Mr. Samber are personal friends, and even pretrial they were permitted to communicate about facts outside of the case. We would request that Mr. Samber be excluded from this condition, a request to which the government again has no objection to.

    I apologize for not focusing on these issues relating to the standard conditions earlier which would have permitted me to raise them at the time of sentencing.

# YurowitzLaw PLLC

Hon. Cathy Seiblel
September 8, 2025
Page 2

      We respectfully request that the Court issue an amended judgment reflecting the foregoing correction and modifications.

                                Respectfully submitted,

                                Steven Y. Yurowitz

cc:  AUSAs Jeffrey Coffman and Justin Brooke (by ECF)